July 3, 1980.

428 A.2d 260

Commonwealth v. Bethea, Appellant.

 Argued December 3, 1979. Robert A. Longo, submitted a brief on behalf of appellant; Edward F. Browne, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, MONTGOMERY and CIRILLO, JJ.*

Order affirmed.